**\*E-FILED\***
**October 7, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | No. C 04-03609 RS |
| Plaintiff, | **ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| MARK COLMER, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the stand-by order to show cause hearing, which is currently set for November 2, 2005, shall be held on **November 16, 2005 at 9:30 a.m.**. The parties are required to file a stipulation of dismissal by **November 9, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 16, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 7, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Suzanne M. Burke, Esq.
Email: sburke@buchalter.com

**Counsel for Defendant(s)**

Shawn R. Parr, Esq.
Email: parrst@ix.netcom.com

Dated: October 7, 2005

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California